1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                             AT TACOMA
10

11   ROBERT AINSWORTH,

12              Plaintiff,                    Case No.  C06-5349JKA

13          v.                                MINUTE ORDER SETTING
                                              PRETRIAL CONFERENCE
14   BURLINGTON NORTHERN AND SANTA
     FE RAILWAY COMPANY, a Delaware
15   corporation,

16              Defendant.

17

18        The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United

19   States Magistrate Judge:

20        A pretrial conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at

21   **9:30 a.m. on March 12, 2007,** at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington 98402.  The

22   proposed Pretrial Order is to be filed no later than **February 19, 2007.**  Proposed joint jury instructions,

23   joint statement of disputed instructions, if any, proposed voir dire, and trial briefs are to be filed no later

24   than **March 3, 2007.**

25        The foregoing Minute Order entered by _____*/s/ Allyson P. Swan*_____, Deputy Clerk,

26   this February 6, 2008.

27

28

MINUTE ORDER
Page - 1