# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT AINSWORTH

                    Plaintiff,

      v.

BNSF RAILWAY COMPANY,

                    Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5349JKA

✓   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**The jury found in favor of the plaintiff.**

March 28, 2008

Date

BRUCE RIFKIN

District Court Executive

s/Kelly A Miller

By Kelly A Miller, Deputy Clerk