**Honorable J. Kelley Arnold**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| ROBERT AINSWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-5349 JKA |
| | ) | |
| vs. | ) | STIPULATION FOR ORDER OF |
| | ) | DISMISSAL |
| BNSF RAILWAY COMPANY, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned cause of action has been settled and should be dismissed with prejudice and without cost to either party.

DATED this 8th day of January, 2009        DATED this 8th day of January, 2009

**Montgomery Scarp MacDougall, PLLC**        **Bremseth Law Firm, P.C.**

  s/Bradley P. Scarp                                              s/Frederic A. Bremseth
Bradley P. Scarp, WA. Bar No. 21453          Frederic A. Bremseth, Minn. No. 11149
Tobias Kammer, WSBA No. 34578                Keith E. Ekstrom, Minn. No. _____
Of Attorneys for defendant                           Of Attorneys for plaintiff, pro hac vice
1218 Third Avenue, Suite 2700                    601 Carlson Parkway, Suite 995
(206) 625-1801                                               Minnetonka, Minnesota 55305
brad@montgomeryscarp.com                     (952) 475-2800
                                                                       fbremseth@bremseth.com
                                                                       kekstrom@bremseth.com

STIPULATION FOR ORDER OF DISMISSAL- 1

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

**Eagle Law Offices**

   s/Paul Eagle
Paul Eagle**,** WA Bar No. 22477
Of attorneys for plaintiff
1001 Fourth Avenue, Suite 3200
Seattle Washington, 98154
paul@eaglelawoffices.com

# ORDER

Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause is hereby dismissed with prejudice and without cost to either party.

DATED this 12th day of January, 2009.


*/s/ J. Kelley Arnold*
Honorable J. Kelley Arnold
United States Magistrate Judge


**Presented and approved by:**

| **Montgomery Scarp MacDougall, PLLC** | **Bremseth Law Firm, P.C.** |
|---|---|
| s/Bradley P. Scarp | s/Frederic A. Bremseth |
| Bradley P. Scarp, WA. Bar No. 21453<br>Tobias Kammer, WSBA No. 34578<br>Of Attorneys for defendant<br>1218 Third Avenue, Suite 2700<br>(206) 625-1801<br>brad@montgomeryscarp.com | Frederic A. Bremseth, Minn. No. 11149<br>Keith E. Ekstrom, Minn. No. _____<br>Of Attorneys for plaintiff, pro hac vice<br>601 Carlson Parkway, Suite 995<br>Minnetonka, Minnesota<br>55305 (952) 475-2800<br>fbremseth@bremseth.com<br>kekstrom@bremseth.c |

STIPULATION FOR ORDER OF DISMISSAL- 2

**MONTGOMERY SCARP MACDOUGALL, PLLC**
1218 Third Avenue, Suite 2700
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807